LYDIA M. WEBSTER, Individually and as Executrix of MARY A. WEBSTER, Deceased, Respondent, *v.* CHARLES J. WEBSTER et al., Defendants, EDWARD J. WEBSTER et al., Respondents and HENRIETTA S. WEBSTER, et al., Appellants.

*Real property — partition — title — construction of codicil to will devising real property.*

*Webster* v. *Webster*, 214 App. Div. 806, affirmed.

(Argued October 20, 1927; decided November 22, 1927.)

APPEAL from a judgment, entered July 1, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department, modifying and affirming as modified an interlocutory judgment of sale in partition entered upon a decision of the court on trial at Special Term. (See 243 N. Y. 520.) The question was as to the title to real property situated at the northeast corner of Clinton and De Graw streets in the city of Brooklyn and required construction of the second codicil to the will of Michael Webster, deceased.

*James M. Gorman* and *Solomon Pearlman* for appellants.
*Joseph W. Gott* for plaintiff, respondent.
*W. T. Snider* and *Henry W. Chadeayne* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.